# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EDWIN RETANA GIOVANNI,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **Case No. 4:15-cv-00055-RDP-TMP** |
| ) | |
| **DIRECTOR OF HOMELAND** ) | |
| **SECURITY & IMMIGRATIONS** ) | |
| **& CUSTOMS ENFORCEMENT,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On July 8, 2015, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot.  To date, no objections have been filed by either party.  On July 20, 2015, the copy of the Magistrate Judge's Report and Recommendation mailed to Petitioner was returned as undeliverable.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the petition for writ of *habeas corpus* filed pursuant to

28 U.S.C. § 2241 in the above-styled cause is due to be dismissed as moot. An order of final judgment will be entered contemporaneously herewith.

      **DONE** and **ORDERED** this   22nd   day of July, 2015.

                                              **R. DAVID PROCTOR**
                                              UNITED STATES DISTRICT JUDGE